**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

In re:  JAMES L. WARREN                          CASE NO.  21-81096-CRJ-7
       SSN: xxx-xx-8271                          Chapter 7

       **Debtor**

## MOTION TO VACATE ORDER

COMES NOW REDSTONE FEDERAL CREDIT UNION, a Creditor in the above-styled case, and hereby requests that this Court vacate an order previously entered in this case on September 9, 2021, (Document #17) Approving the Motion to Avoid Lien filed by the Debtor.  As grounds, the Creditor would show that it did not receive a copy of the Motion to Avoid Lien  (Document #12) filed by the Debtor and thus did not have an opportunity to respond to the Debtor's objection.

1.  The Debtor owns real property located at 159 Claty Drive, Huntsville.

2.  On or about October 18, 2004, the Debtor executed a mortgage on this property with Redstone Federal.  That mortgage remains on the property and has not been released.

3.  The Debtor became in default on this mortgage.  Since the mortgage to Redstone is a second mortgage, Redstone chose not to foreclose and, instead, filed suit on the underlying note.

4.  On May 29, 2007, Redstone recovered a judgment against the Debtor for $8646.55 plus court costs.

5.  The judgment and the underlying note remain unpaid.

6.  On August 4, 2021, the Debtor filed a motion to avoid the judgment lien, specifically requesting that it be avoided as to the 159 Claty Drive property.

7.  Redstone did not receive notice of the motion to avoid and did not respond.

8.  The motion to avoid was granted on September 9, 2021.

9.  Redstone moves to vacate this order due to the fact that it did not receive notice of the motion filing and due to the fact that Redstone retains its original mortgage,  which remains outstanding.  Redstone's mortgage has not been addressed in the bankruptcy.  The Debtor has listed Redstone's debt as an unsecured open account.

10.  In addition, it appears, based upon online research and the Zillow website, that the property in question my have non-exempt equity and, therefore, the judgment lien is not due to be avoided.

11.  Redstone would request an opportunity to inspect and appraise the property.

Wherefore, Redstone requests that this Court's Order Avoiding the Judgment Lien of Redstone be vacated and that this matter be set for hearing.

Respectfully submitted:

/s Jeffrey L. Cook
Bar ID# ASB-9207-C61J
Attorney for Creditor
LAW OFFICE OF C. HOWARD GRISHAM
P.O. Box 5585
Huntsville, AL 35814
(256) 837-5100
fax: (256) 895-9654
jcook7117@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I served a copy of the foregoing upon the following:

the attorney for the Debtor:            the Trustee:
Kathryn V. Davis                        Tazewell Shepard
Bond, Botes, Skystus, Tanner & Ezzell PC   Tazewell Shepard, Trustee
225 Pratt Ave.                          PO Box 19045
Huntsville, AL 35801                    Huntsville, AL 35804


the Debtor:
James L Warren
159 Claty Drive
Huntsville, AL 35810

/s Jeffrey L. Cook